The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

**SEIU HEALTHCARE 1199NW**, a labor organization

      Plaintiff,

      v.

**COMMUNITY PSYCHIATRIC CLINIC**,

      Defendant.

Case No. 2:19-cv-01210 MJP

**STIPULATION AND ORDER OF DISMISSAL**

## I. STIPULATION

IT IS HEREBY STIPULATED that the parties, SEIU Healthcare 1199NW and Community Psychiatric Clinic, jointly move for dismissal of the above captioned case with prejudice and without an award of attorneys' fees or costs to either party.

//

//

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL – 1
*SEIU Healthcare 1199 NW v. Community Psychiatric Clinic*
Case No. 2:19-cv-01210 MJP

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

DATED this 22nd day of August, 2019

| | |
|---|---|
| DOUGLAS, DRACHLER, MCKEE & GILBROUGH | SEBRIS BUSTO JAMES |
| /s/ Jacob Metzger<br>Kristen Kussmann, WSBA #30638<br>kristenk@ddmglaw.com<br>Jacob Metzger, WSBA #39211<br>jacobm@ddmglaw.com<br>1904 Third Ave., Ste. 1030<br>Seattle, WA 98101<br>(206) 623-0900 | */s/ Jeffrey A. James*<br>Jeffrey A. James, WSBA #18277<br>jaj@sebrisbusto.com<br>Matthew R. Kelly, WSBA #48050<br>mkelly@sebrisbusto.com<br>14205 SE 36th St., Suite 325<br>Bellevue, Washington 98006<br>(425) 454-4233 |
| Attorneys for Plaintiff | Attorneys for Defendants |

STIPULATION AND ORDER OF DISMISSAL – 2
*SEIU Healthcare 1199 NW v. Community Psychiatric Clinic*
Case No. 2:19-cv-01210 MJP

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

## II. ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims in the above-referenced matter are hereby dismissed with prejudice without an award of attorneys' fees or costs to either party. All pending motions are DENIED AS MOOT. The Clerk's Office is directed to CLOSE this file.

DATED this 22nd day of August, 2019.

_____
Marsha J. Pechman
United States District Judge

Presented by:

DOUGLAS, DRACHLER, MCKEE & GILBROUGH

/s/ Jacob Metzger
Kristen Kussmann, WSBA #30638
kristenk@ddmglaw.com
Jacob Metzger, WSBA #39211
jacobm@ddmglaw.com
1904 Third Ave., Ste. 1030
Seattle, WA 98101
(206) 623-0900

Attorneys for Plaintiff

SEBRIS BUSTO JAMES

/s/ Jeffrey A. James
Jeffrey A. James, WSBA #18277
jaj@sebrisbusto.com
Matthew R. Kelly, WSBA #48050
mkelly@sebrisbusto.com
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
(425) 454-4233

Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL – 3
*SEIU Healthcare 1199 NW v. Community Psychiatric Clinic*
Case No. 2:19-cv-01210 MJP

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM /ECF System. The NEF for the foregoing specifically identifies recipients of the electronic notice.

/s/ Nani Vo
Nani Vo

STIPULATION AND ORDER OF DISMISSAL – 4
*SEIU Healthcare 1199 NW v. Community Psychiatric Clinic*
Case No. 2:19-cv-01210 MJP

SEBRIS BUSTO JAMES
14205 SE 36th St., Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 – Fax: 425-453-9005